No. 790, Misc. POPE *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg,* and *Ronald L. Gainer* for the United States.

No. 836, Misc. HULETT *v.* NEW YORK. Ct. App. N. Y. Certiorari denied.

No. 840, Misc. MACKLIN *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied. *Solicitor General Griswold* for the United States.

No. 865, Misc. STEPHENS *v.* CHAIRMAN, U. S. RAILROAD RETIREMENT BOARD, ET AL. C. A. 5th Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Weisl,* and *Alan S. Rosenthal* for respondents.

No. 912, Misc. JACKSON *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 936, Misc. PASTA *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg,* and *Paul C. Summitt* for the United States.

No. 968, Misc. MAGEE *v.* NEW JERSEY. Sup. Ct. N. J. Certiorari denied. *Peter Murray* and *Raymond A. Brown* for petitioner.

No. 980, Misc. PARKER *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Vinson,* and *Beatrice Rosenberg* for the United States.